## MORROW *v.* MORROW.

GILBERT, J. The exception is to a judgment granting temporary alimony and attorney's fees. According to the evidence there was no abuse of judicial discretion. *Judgment affirmed. All the Justices concur.*

No. 7612. MARCH 18, 1930.

*McClellan & Jacobs,* for plaintiff in error.
*Brock, Sparks & Russell,* contra.